CARROLL, Respondent, v. BELDEN, Appellant.

No. 8636; August 29, 1883.

**Appeal—Conflicting Evidence.**—The Trial Court's Finding upon a substantial conflict of evidence as to the understanding of the transaction had by the parties is not to be disturbed.

APPEAL from Superior Court, Yolo County.

W. B. Treadwell for respondent; Roche & Desbeck for appellant.

By the COURT.—There is a substantial conflict in the evidence regarding the understanding of the parties as to the transactions involved in this case. Therefore we will not disturb the findings of the court below.

Judgment and order affirmed.